No. 93–1391. HORNBACK v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 93–1392. PRICE, AKA LOA, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF THE HOU HAWAIIANS, ET AL. v. AKAKA ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1393. GALLODORO ET AL. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 93–1400. GOTTI v. UNITED STATES; and
No. 93–1420. LOCASCIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–1406. MIHNOVETS v. MIHNOVETS. Ct. App. Va. Certiorari denied.

No. 93–1410. UNIVERSITY OF COLORADO, BOULDER, ET AL. v. DERDEYN. Sup. Ct. Colo. Certiorari denied.

No. 93–1412. LAWRENCE v. COLUMBIA PRESBYTERIAN MEDICAL CENTER. C. A. 2d Cir. Certiorari denied.

No. 93–1423. YORK RITE BODIES OF FREEMASONRY OF SAVANNAH, GEORGIA, ET AL. v. BOARD OF EQUALIZATION OF CHATHAM COUNTY, GEORGIA, ET AL. Ct. App. Ga. Certiorari denied.

No. 93–1424. RAWOOT v. SIGNET BANK/VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–1428. GLOVER v. MCDONNELL DOUGLAS CORP. C. A. 8th Cir. Certiorari denied.

No. 93–1431. MEDICAL ENGINEERING CORP. v. AMERICAN MEDICAL SYSTEMS, INC. C. A. Fed. Cir. Certiorari denied.

No. 93–1433. JOHN E. GRAHAM & SONS v. BERTRAND. C. A. 5th Cir. Certiorari denied.

No. 93–1434. ADVOCATES FOR LIFE, INC. v. LOVEJOY SPECIALTY HOSPITAL, INC. Ct. App. Ore. Certiorari denied.